

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Christopher F. Cruz<br><br><br>                                                Debtor, | Case No.: _____19-12657_____<br><br>Hearing Date: _____<br><br>Judge: _____Vincent F. Papalia_____ |

### ORDER VACATING ORDER OF DISMISSAL'CPF'HKPCN'FGETGG"

The relief set forth on the following pages, numbered two (2) through two (2) is hereby """"""""""""""""""""ORDERED.

**DATED: September 9, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court finds that, (i) the Order of Dismissal entered in the above-captioned case on 4/5/2019, and (ii) the Final Decree entered on 5/28/2019 must both be vacated as a motion to re-open this case was granted and an order re-opeing the case and appointing a Trustee was entered on 9/6/2019, and due notice having been given, and for good cause shown, it is hereby

ORDERED that said Order of Dismissal and Final Decree be and the same ~~is~~ are hereby vacated.