Form 149 – ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 19−12657−VFP
>Chapter: 7
>Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher F Cruz
   274 Broad Ave−Apt 10
   Fairview, NJ 07022

Social Security No.:
   xxx−xx−3342

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

   NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 4/5/2019 has been vacated effective 9/9/2019.

Dated: September 9, 2019
JAN: mcp

>Jeanne Naughton
>Clerk